# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE WALKER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SAVE-A-LOT,<br>　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO. 18-95 |

## O R D E R

**AND NOW**, this 12th day of June, 2018, upon consideration of the Motion for Summary Judgment of Defendant, Moran Foods, LLC d/b/a Save-A-Lot Ltd., Incorrectly Identified as Save-A-Lot (Document No. 10, filed May 24, 2018) and Plaintiff, Marie Walker's Answer to Defendant, Save-A-Lot's Motion for Summary Judgment (Document No. 14, filed June 4, 2018), for the reasons set forth in the accompanying Memorandum, dated June 12, 2018, **IT IS ORDERED** that the Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Save-A-Lot, and **AGAINST** plaintiff, Marie Walker.

　　**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.


　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.